UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW, et al.,

                Plaintiffs,

-vs-                                            Case No. 08-10829
                                                  JUDGE: HON. DENISE PAGE HOOD

ROTH ELECTRIC & CONTROL, INC.,
a corporation incorporated under the
laws of the State of Michigan,

                Defendant.
_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

This matter having been heard pursuant to Plaintiffs' Motion for Default Judgment and the Court having decided to grant said Motion pursuant to FED.R.CIV.P. 55(b),

Accordingly,

IT IS ORDERED that the November 1, 2008 Award of the Joint Labor-Management Committee is confirmed;

IT IS FURTHER ORDERED that Judgment is entered against defendant in favor of plaintiffs in the amount of $25,562.18[1] and plaintiffs shall have the right of execution thereon;

---

[1] Consisting of $24,550.18 in contributions and accrued liquidated damages owed for the period January 1, 2005 through December 31, 2005 and $1,012 in costs and attorneys fees to which plaintiffs are entitled pursuant to the November 1, 2008 Award of the Joint Labor-Management Committee and 29 USC §1132(g)(2)(D).

1

IT IS FURTHER ORDERED that defendant must hereafter submit all reports and pay all fringe benefit contributions on a timely basis as required by Article VIII of its contract.

IT IS FURTHER ORDERED that Plaintiffs are awarded post-judgment interest on the total judgment amount as provided for in 28 USC §1961.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: July 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record and Roth Electric & Control, Inc., 8942 S. Barkley Rd., Millington, MI 48746 on July 29, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager