UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW, et al.,

        Plaintiffs,

-vs-                                               Case No. 08-10829
                                                    JUDGE: HON. DENISE PAGE HOOD

ROTH ELECTRIC & CONTROL, INC.,
a corporation incorporated under the
laws of the State of Michigan,

        Defendant.
_____/

## **DEFAULT JUDGMENT**

This action having come before the Court and pursuant to the Memorandum Opinion and Order entered on this date,

Accordingly,

Default Judgment in favor of the Plaintiff and against Defendant is entered in the amount of $25,562.18.

                                                                                         DAVID J. WEAVER
                                                                                         CLERK OF COURT

Approved:                                                            By: s/ Wm. F. LEWIS
                                                                                        Deputy Clerk

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
United States District Judge
Dated: July 29, 2008

Detroit, Michigan